UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOCAL NO. 5 AND LOCAL No. 602 TRUST FUND COLLECTION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOILER & FURNACE CLEANERS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) CIVIL ACTION NO. H00-CV-2827 ) ) ) ) ) |

### NOTICE OF DISMISSAL

COME NOW Plaintiffs, by and through their attorneys, O'Donoghue and O'Donoghue, and respectfully dismiss the above-styled action, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,
O'DONOGHUE & O'DONOGHUE
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041

By: _____
R. Richard Hopp
MD Bar No. 07363

_____
John R. Harney
MD Bar No. 06572

GRANTED this 4Th day of
January, 2001:

_____
United States District Judge

cc: R. Richard Hopp, Esq.
John R. Harney, Esq.
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Patrick Hurley, President
Boiler & Furnace Cleaners, Inc.
4631 Baltimore Avenue
Hyattsville, MD 20781

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Dismissal has been sent by first class mail, postage prepaid, this 3rd day of January, 2001 to:

Boiler & Furnace Cleaners, Inc.
4631 Baltimore Avenue
Hyattsville, MD 20781

_____
R. Richard Hopp